UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-81099 |
| Matthew and Lindsay Petersen | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**INTERIM ORDER AUTHORIZING DEBTORS TO OBTAIN CREDIT**

    THIS MATTER coming to be heard on the Debtors' EMERGENCY MOTION TO AUTHORIZE DEBTORS TO OBTAIN CREDIT, this Court having jurisdiction, this Court orders that the Debtors may, at this time, finance a 2012 Subaru Forester, or similar vehicle, and that such vehicle will:

> Have no more than 34,750 miles on the odometer;
> Be financed for an amount no greater than $17,262.68;
> Be subject to a monthly payment no greater than $406.18, and
> Be subject to an APR no greater than 18.95%;

  And that a final hearing on the disposition of matter will be set for August 8, 2014, at 9:00 a.m.

Enter:  *Thomas M. Lynch*

Honorable Thomas M. Lynch

United States Bankruptcy Judge

Dated:  July 25, 2014

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
jstorer@lakelaw.com
312.360.1501